JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH MASTERTON,<br><br>Plaintiff,<br><br>v.<br><br>LVNV FUNDING LLC, et al.,<br><br>Defendants. | Case No.  CV 20-11568-GW-SKx<br><br>**ORDER TO DISMISS** |

Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this action is dismissed in its entirety. Each party will bear its own attorneys' fees and expenses.

IT IS SO ORDERED.

Dated: July 21, 2021

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE